Nowell v. Nowell

*Jordan, Wright, Nichols, Caffrey & Hill by James E. Coltrane, Luke Wright and Lindsay R. Davis, Jr., for plaintiff appellant.*

*No counsel on appeal for defendant appellee.*

---

MARY H. NOWELL v. JOHN B. NOWELL

No. 7421DC580

(Filed 18 September 1974)

Divorce and Alimony § 19— modification of custody order — absence of notice

Order modifying previous child custody orders must be vacated where it was entered without notice to defendant.

APPEAL by defendant from *Clifford, District Court Judge,* 25 February 1974 Session of District Court held in FORSYTH County.

*Joseph B. Roberts III for plaintiff appellee.*

*Forrest A. Ferrell for defendant appellant.*

VAUGHN, Judge.

The order from which defendant appeals modifies orders previously entered, after notice and hearing, respecting the custody of minor children of the parties. Defendant's assignment of error is that the present order was entered without notice or the opportunity to be heard. Defendant's exception is well taken. The order is vacated.

Vacated and remanded.

Judges CAMPBELL and PARKER concur.